BLEYER *et al. vs.* OLD HICKORY DISTILLERY COMPANY *et al.*

1. At the September term, 1882, of this court, the docket was so heavy that it could not be completed on regular call before the beginning of the next term. Under Code §4271 (a) *et seq.*, the court passed and caused to be published an order requiring briefs and abstracts to be filed by Saturday, the last day of the term. At the close of that day,

cases in which no briefs or abstracts had been filed, and no excuse for failure so to do had been made, were dismissed :

*Held*, that under the constitution and the Code, cases must be argued at the first term, orally or by filing briefs, unless proper cause be shown at that term for failure to do so. After a dismissal for failure to file briefs at one term, this court cannot entertain a motion to reinstate, made at a succeeding term. Especially so, after judgment has been entered and the remitter forwarded to the court below.

2. If the motion could be considered, it would not avail the plaintiff in error, as this was a fast writ of error to a refusal to dissolve an injunction, and a reversal could not be so obtained.

Motion to reinstate denied.

February 24, 1883.

JACKSON, Chief Justice.